# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINICK A. CAMPOS,<br>[DOB: 08/09/1980] | **COUNT ONE:**<br>*Possession With Intent to Distribute a Controlled Substance*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>NLT: 10 Years Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT TWO:**<br>*Possession of Firearms in Furtherance of Drug Trafficking*<br>18 U.S.C. § 924(c)(1)(A)<br>NLT: 5 Years Imprisonment (Consecutive)<br>NMT: Life Imprisonment (Consecutive)<br>NMT: $250,000 Fine<br>NMT: 5 Years Supervised Release<br><br>$100 Mandatory Special Assessment Per Count of Felony Conviction<br><br>**CRIMINAL COMPLAINT**<br><br>Case Number: 20-MJ-00122-JAM (LMC) |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT ONE

On or about September 8, 2020, within the Western District of Missouri, the defendant, DOMINICK A. CAMPOS, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO

On or about September 8, 2020, within the Western District of Missouri, the defendant, DOMINICK A. CAMPOS, knowingly possessed, firearms, to wit: a Hi-Point, .45 caliber semi-automatic handgun, and a Zastava Serbian, AK-47 style, 7.62x39mm rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute, as charged in Count One.

I further state that I am a Detective with the Jackson County Drug Task Force and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

MIKE MCCLURE
Detective
Jackson County Drug Task Force

Sworn to before me and subscribed in my presence, Sworn to by telephone
1:10 PM, Sep 9, 2020

September 9, 2020    at    Kansas City, Missouri
Date                                                               City and State

HONORABLE LAJUANA M. COUNTS
United States Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

