## AFFIDAVIT

I, Detective Mike McClure, the undersigned affiant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. I have been a Police Officer with the Lee's Summit, Missouri Police Department (LSPD) since 2012. I am currently assigned as a Detective with the Jackson County Drug Task Force (JCDTF). In connection with my official duties, I have investigated criminal violations of the Controlled Substance Act as found in Titles 18 and 21 of the United States Codes.

2. Based upon my investigation, I believe the following to be true and correct:

3. The JCDTF, in cooperation with the Kansas City Federal Bureau of Investigation (FBI), has initiated an investigation into drug sales in the Kansas City metro area. The JCDTF has identified DOMINICK ANTHONY CAMPOS (W/M, DOB: 08/09/1980) as being a source of supply of methamphetamine in the investigation. During the course of the investigation, investigators determined that CAMPOS was living at a residence located at 3021 NW 57th Street, Kansas City, Platte County, Missouri 64151.

4. On September 4, 2020, a federal search warrant was obtained through the Western District of Missouri signed by Honorable Lajuana M. Counts, U.S. Magistrate Judge to search 3021 NW 57th Street. Prior to the execution of the search warrant on September 8, 2020, investigators observed CAMPOS leaving the residence at approximately 0755 hours. CAMPOS was in a silver Nissan Pathfinder (Illinois Fleet Plate 132414). I had prior knowledge from the investigation CAMPOS frequents the Argosy Casino, located at 777 NW Argosy Casino Parkway, Riverside, Missouri 64150, within the Western District of Missouri. Investigators contacted Argosy Casino and an Argosy employee advised that CAMPOS was at the casino. Members of the Jackson County Drug Task Force then proceeded to the Argosy casino and conducted surveillance in an attempt to locate CAMPOS. Once at the Argosy casino, they located CAMPOS's Nissan Pathfinder in a parking lot at the Argosy casino and observed CAMPOS briefly enter the vehicle and go back inside the casino.

5. At approximately 1040 hours, investigators executed the search warrant at 3021 NW 57th Street and located various items of drug paraphernalia inside the residence. After the completion of the search warrant, CAMPOS was taken into custody at the Argosy casino. Prior to making contact with CAMPOS, investigators observed a large amount of U.S. currency in plain view inside the Nissan Pathfinder.

6. In a subsequent *Mirandized* interview with CAMPOS, he admitted to selling approximately 1 kilogram of methamphetamine a week since April 2020. CAMPOS further stated the Nissan Pathfinder contained approximately 4-5 kilograms of methamphetamine, 6 pounds of marijuana, $40,000 in U.S. currency and two firearms, a .45 caliber handgun and an "AR" style rifle.

7. At approximately 1730 hours, a federal search warrant was obtained through the Western District of Missouri signed by Honorable Lajuana M. Counts, U.S. Magistrate Judge for the search of the Nissan Pathfinder.

Investigators located the following items in the Nissan Pathfinder during the execution of the search warrant.

- A Hi-Point .45 caliber semi-automatic handgun;
- A Zastava Serbian, AK-47 style, 7.62.x39mm rifle;
- Approximately 4,434 grams of suspected methamphetamine that field-tested positive for the presence of methamphetamine;
- Approximately 3,692 grams of suspected marijuana that field-tested positive for the presence of marijuana;
- $40,240 in U.S. currency;
- Approximately Two Hundred Seventy Six grams of suspected psilocybin mushrooms;
- Two Hundred Ninety Four 1100mg THC cartridges of LA Kush;
- Three Hundred Eighty Five grams of suspected marijuana wax;
- Sixty-five 500mg THC edibles;
- Seven Hundred Thirty Five suspected Acetaminophen/Hydrocodone pills;
- Fifty Two unknown pills;
- digital scales;
- a money counter;
- 2 notebooks that contained records of suspected drug transactions; and
- blotter paper (commonly used for LSD tabs).

FURTHER AFFIANT SAYETH NAUGHT.

MIKE MCCLURE
Detective
Jackson County Drug Task Force

Subscribed to and sworn to before me

this ___9th___ day of September 2020.   Sworn to by telephone
1:08 PM, Sep 9, 2020

HONORABLE LAJUANA M. COUNTS
United States Magistrate Judge
Western District of Missouri



2