IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>DOMINICK A. CAMPOS,<br>[DOB: 08/09/1980]<br><br>      Defendant. | Case No.: _____<br>**COUNT ONE:**<br>*Possession With Intent to Distribute Methamphetamine*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>NLT: 10 Years Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT TWO:**<br>*Possession of a Firearm in Furtherance of Drug Trafficking*<br>18 U.S.C. § 924(c)(1)(A)<br>NLT: 5 Years Imprisonment (Consecutive)<br>NMT: Life Imprisonment (Consecutive)<br>NMT: $250,000 Fine<br>NMT: 5 years supervised release<br>Class A Felony<br><br>**COUNT THREE:**<br>*Felon in Possession of Firearms*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Per Count of Felony Conviction |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**
*Possession With Intent to Distribute Methamphetamine*

On or about September 8, 2020, within the Western District of Missouri, the defendant,

DOMINICK A. CAMPOS, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
*Possession of a Firearm in Furtherance of Drug Trafficking*

On or about September 8, 2020, in the Western District of Missouri, the defendant, DOMINICK A. CAMPOS, knowingly possessed firearms, to wit: a Hi-Point, .45 caliber semi-automatic handgun, bearing serial number X4357253, and a Zastava Serbian, AK-47-style 7.62x39mm rifle, bearing serial number M9PV046036, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as charged in Count One.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
*Felon in Possession of Firearms*

On or about September 8, 2020, the Western District of Missouri, the defendant, DOMINICK A. CAMPOS, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, possessed firearms, to wit: a Hi-Point, .45 caliber semi-automatic handgun, bearing serial number X4357253, and a Zastava Serbian, AK-47-style

7.62x39mm rifle, bearing serial number M9PV046036, which had been shipped and transported in interstate commerce

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

9/29/2020
DATE

*/s/ Sean Saunders*
FOREPERSON OF THE GRAND JURY

*/s/ Robert M. Smith*
Robert M. Smith
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri

3