IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                              Criminal Action No.
                                                    20-00261-01-CR-W-HFS

DOMINICK A. CAMPOS,

    Defendant.

_____

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:

Count One:    Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Count Two:    Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)
Count Three:    Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Robert Smith
    Case Agent:  KCPD Det. Mike McClure
    Defense:     Anthony Sicola

**OUTSTANDING MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:    4-5 with stipulations;    6-7 without stipulations
    Defendants:     No additional witnesses, although Defendant may testify

**TRIAL EXHIBITS:**
    Government:    20-40 exhibits
    Defendant:    Unknown

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** **4 days**
    Government's case including jury selection: 2 days
    Defense case: 2 days

**STIPULATIONS**: Possible stipulations regarding Defendant's prior conviction and interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List:**
    Government: April 19, 2021
    Defense: April 19, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:** Noon, Wednesday, April 28, 2021
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motions in Limine:** April 19, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing May 3, 2021.
    **Please note:**. A motion to continue will likely be filed. No interpreter or assistive devices are requested.

    **IT IS SO ORDERED.**

                                          /s/ Jill A. Morris
                                          JILL A. MORRIS
                                          United States Magistrate Judge