IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                 Criminal Action No.
                                                                                 20-00261-01-CR-W-HFS

DOMINICK CAMPOS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)

Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
    Government:    Robert Smith
    Case Agent:    Jackson County Drug Task Force Detective Mike McClure
    Defense:    Anthony Sicola

**OUTSTANDING MOTIONS**:    None

**ANTICIPATED MOTIONS**:    None

**TRIAL WITNESSES**:
    Government:    7-10 with or without stipulations
    Defense:    Defendant may testify

**TRIAL EXHIBITS**:
    Government:    15 exhibits
    Defense:    No additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      ( ) Definitely for trial         ( ) Possibly for trial
      ( x ) Motion to continue to be filed       ( ) Likely a plea will be worked out

**TRIAL TIME**:    **2 ½ days**
     Government's case including jury selection:   2 days
     Defense case:   ½ day

**STIPULATIONS**:
     ( )   not likely
     ( )   not appropriate
     ( )   likely as to:
          ( )   chain of custody
          ( )   chemist's reports
          ( x )   prior felony conviction and knowledge of that status
          ( x )   interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

   **Witness and Exhibit Lists**:
   Government:   September 3, 2021
   Defense:      September 3, 2021
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions**:   September 3, 2021
   **Jury instructions must comply with Local Rule 51.1**

   **Motions in Limine**:   September 3, 2021

**TRIAL SETTING**:   Criminal jury trial docket commencing September 20, 2021
   **Please note**:   *Government counsel has another case on the September docket (USA v. Akins, 20-00307-01-CR-W-GAF) in which a continuance may be requested or the case may be resolved without a trial.*

**OTHER**:
     ( )   A _____-speaking interpreter is required.
     ( )   Other assistive devices: _____

   **IT IS SO ORDERED.**

                                      */s/ Jill A. Morris*
                                      JILL A. MORRIS
                                      United States Magistrate Judge